■ In the Matter of RUTH BERG et al., Appellants, v BOARD OF EDUCATION OF THE BROOKHAVEN-COMSEWOGUE UNION FREE SCHOOL DISTRICT, Respondent.—In a proceeding pursuant to CPLR article 78 to compel respondent to reinstate petitioners to their positions as school nurse-teachers, petitioners appeal from a judgment of the Supreme Court, Suffolk County,

entered February 11, 1977, which dismissed the petition. Judgment affirmed, with $50 costs and disbursements (see *Matter of Nixon v Board of Educ.,* 60 AD2d 631). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.